JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
HUY CHI LUONG

FILED
JAN - 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HUY CHI LUONG, et. al.,<br>Defendants. | No. CR-S 96-350-WBS<br><br>DEFENDANT HUY CHI LUONG'S RESPONSE TO GOVERNMENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' PENDING MOTIONS<br><br>Date: January 25, 2006<br>Time: 10:00 a.m.<br>Hon. William B. Shubb |

In an ex parte application filed December 30, 2005, the government moves to extend that time for filing its responses to defendants' motions five days from December 30, 2005 to January 4, 2006. Defendants' reply briefs are currently due January 11, 2006, and a hearing on the motions is set for January 25, 2006. Defendant Huy Chi Luong does not oppose the government's request as long as the Court also extends the due date for defendants' reply briefs by five days from January 11, 2006, to January 16, 2006.

Dated: January 2, 2006

Respectfully submitted,

/s/ JOHN BALAZS
JOHN BALAZS
Attorney for Defendant Huy Chi Luong

Approved and so Ordered.
WBS