LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
DANNY HUNG LEUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. S-96-350 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING THE HEARING |
| ) | DATE RE: DEFENDANT LEUNG'S |
| ) | MOTION FOR DISCOVERY |
| HUY CHI LUONG, et al., ) | |
| ) | |
| Defendants. ) | |

The United States of America, through Assistant U.S. Attorney William S. Wong, defendant Danny Hung Leung, through his counsel Scott L. Tedmon, and defendant Hui Chi Luong, through his counsel John Balazs hereby stipulate and agree as follows:

1. The current hearing date for defendant Leung's motion for discovery is set for June 22, 2006 at 10:00 a.m before Magistrate Judge Kimberly J. Mueller.

2. The parties stipulate and agree the hearing date for defendant Leung's motion for discovery this matter be continued to July 31, 2006 at 2:00 p.m before Magistrate Judge Mueller.

3. If all discovery matters are resolved one week prior to July 31, 2006, counsel will notify the Court and request that the motion be taken off calendar.

4. Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

- 1 -

**IT IS SO STIPULATED.**

DATED: June 20, 2006                McGREGOR W. SCOTT
                                    United States Attorney

                                     /s/ William S. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney

DATED: June 20, 2006                LAW OFFICE OF SCOTT L. TEDMON

                                     /s/ Scott L. Tedmon
                                    SCOTT L. TEDMON
                                    Attorney for Danny Hung Leung

DATED:  June 20, 2006               LAW OFFICE OF JOHN BALAZS

                                     /s/ John Balazs
                                    JOHN BALAZS
                                    Attorney for Hui Chi Luong

### ORDER

GOOD CAUSE APPEARING and based on the stipulation of counsel, IT IS ORDERED that the hearing on defendant Leung's motion for discovery[1] is continued to July 31, 2006, at 2:00 p.m before Magistrate Judge Kimberly J. Mueller.

IT IS FURTHER ORDERED that counsel are to notify the Court at least one week prior to July 31, 2006 of the discovery issues that remain unresolved at that time, if any.

**IT IS SO ORDERED.**

DATED: June 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This order does not continue the hearing currently set on defendants' motion for a bill of particulars.