McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S-96-350 WBS |
| ) Plaintiff, ) | |
| ) v. ) | **JOINT STIPULATION BY PARTIES; ORDER** |
| ) HUY CHI LUONG, et al., ) | Date: June 22, 2006 |
| ) | Time: 10:00 a.m. |
| Defendants. ) | Ctrm: Hon. Kimberly J. Mueller |
| _____) | |

    The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong and Jason S. Hitt, Assistant United States Attorneys; and defendant Huy Chi Luong, through his counsel of record, John Balazs, Esq.; hereby stipulate to the following; that the matter presently set for law and motion hearing on June 22, 2006, at 10:00 a.m., before the Honorable Kimberly J. Mueller, be dropped from calendar.

    The parties agree that the government will provide the necessary information to the defense in order to identify the companies/or victims and the dates of the specified unlawful activity which it intends to use during the trial in this matter at

least 45 days prior to trial.  Furthermore, if the government intends to use any similar act evidence pursuant to Federal Rules of Evidence 404(b), the government will provide to the defense the necessary information to identify the similar act or evidence it intends to use at least 45 days prior to trial which is set for September 6, 2006, at 1:30 p.m.

```
                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: June 21, 2006      By:   /s/ William S. Wong
                                WILLIAM S. WONG
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


DATED: June 21, 2006      By: /s/ William S. Wong authorized by phone
                                JOHN BALAZS, ESQ., Attorney
                                for Defendant Huy Chi Luong
_____
```

**ORDER**

**IT IS SO ORDERED.**

DATED: June 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2