```
                                            FILED
                                          SEP - 8 2006
 1  MCGREGOR W. SCOTT
    United States Attorney              CLERK, U.S. DISTRICT COURT
 2  William S. Wong                     EASTERN DISTRICT OF CALIFORNIA
    Assistant U.S. Attorney             BY_____
 3  501 I Street, Suite 10-100                  DEPUTY CLERK
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6            IN THE UNITED STATES DISTRICT COURT FOR THE
 7                 EASTERN DISTRICT OF CALIFORNIA
 8
 9  IN RE United States    )
           of America      )   ORDER FOR DISCLOSURE OR TAX
10              V.         )   RETURNS AND RETURN INFORMATION
    Huy Chi Luong, et al.  )
11                         )
    Case: CR-S-96-350 WBS)
12  _____
13
14        The Court having received and considered the
15  Application of the United States for an Ex Parte Order,
16  pursuant to Title 26, United States Code, Section
17  6103(i)(4), directing the Internal Revenue Service to
18  disclose certain returns and return information in
19  connection with the above-referenced trial, and good
20  cause appearing, the Court FINDS:
21  1.  There is reasonable cause to believe, based upon
22  information believed to be reliable, that a specific
23  criminal act or acts have been committed, namely Title
24  18, United States Code, Section 1956(h) (conspiracy as it
25  relates to money laundering), Section 1956 (money
26  laundering) and Title 18, United States Code, Section
27  1957 (money laundering).
28
```

2. There is reasonable cause to believe that the returns and return information is or may be relevant to a matter relating to the commission of such act or acts.

3. The returns and return information are sought exclusively for use in a federal criminal proceeding concerning such act or acts, and the information sought to be disclosed cannot reasonably be obtained, under the circumstances, from another source.

4. Applicant, Assistant United States Attorney William S. Wong and:

Charles Phillips, Special Agent, IRS-CI
Steve Jensen, Supervisory Special Agent, IRS-CI
Maria Camia, Tax Fraud Investigative Aide, IRS-CI
Tim Mathers, IRS-CI FDC Representative
Sadie Towler, Assistant Special Agent in Charge, IRS-CI
Roger L. Wirth, Special Agent in Charge, IRS-CI
Steve Dupre - Special Agent, FBI
Kevin Cippola - Special Agent, FBI
Rosemary Shaul - Legal Assistant US Attorney's Office
Lori Whitmer - Legal Secretary, US Attorney's Office
Jason Hitt - Assistant United States Attorney
McGregor W. Scott - United States Attorney

are employees of the United States Department of Justice and United States Department of Treasury and are personally and directly engaged in, and the information

10

1  sought is solely for their use in, the prosecution of
2  violations of the above-mentioned criminal statutes.
3
4  IT IS, THEREFORE, ORDERED that the Internal Revenue
5  Service: (1) disclose such returns and return information
6  of:
7  Name:      Sam P. Truong
   Address:   8 Brenham Court
8             Sacramento, CA 95823-5576
9  Social Security Number: 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
   Taxable Period(s): FY1992, FY1993, FY1994 & FY1995
10
   Name:      Andy Mai
11            Diane P. Luong-Mai
   Address:   8613 Royal Sunset Court
12            Elk Grove, CA  95624-380095678
   Social Security Number:  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
13
   Taxable Period(s):  FY1992, FY1993, FY1994 and FY1995
14
15 as have been filed and are on file with the Internal
16 Revenue Service;
17 (2) certify where returns and return information
18 described above have not been filed or are not on file
19 with the Internal Revenue Service.
20
21
22 IT IS FURTHER ORDERED that the Applicant, or any other
23 officers or employees of any federal agency, shall use
24 the returns and return information disclosed solely in
25 investigating the alleged violations specified and
26 presenting the matter for trial, and that no disclosure
27 be made to any other person except in accordance with the
28 provisions of Title 26, United States Code, Section 6103.

11

1 | DATED this 8th day of September, 2006.

2

3 | William B. Shubb
  | United States District Court Judge