```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    JASON HITT
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone:  (916) 554-2700
 5
```



FILED

OCT - 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-S-96-00350 WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | FOR COURT DETERMINATION |
| v. | ) | REGARDING FORFEITURE |
| HUY CHI LUONG, | ) | |
| aka "Jimmy Luong", | ) | |
| aka "Chi Fei", | ) | |
| Defendant. | ) | |

Federal Rule of Criminal Procedure 32.2(b), provides that a factual determination shall be made by the Court unless a party requests that the jury determine whether the government has established the requisite nexus between the property and the offense.

The United States of America, by and through Assistant U.S. Attorneys William S. Wong and Jason Hitt, and the defendant Huy Chi Luong, by and through his counsel John Balazs, hereby agree and stipulate to allow the Court to make the factual determination regarding the forfeiture in this action. Defendant Huy Chi Luong agrees to waive his right to a jury trial on Counts 124 and 125

1  (criminal forfeiture) of the Indictment.
2       IT IS SO STIPULATED.
3  DATED: 10-4-06                    McGREGOR W. SCOTT
                                     United States Attorney
4
5                                    /s/ Jason Hitt
                                     JASON HITT
6                                    Assistant U.S. Attorney
7
8  DATED: 10/4/06
                                     JOHN BALAZS
9                                    Attorney for Defendant Huy Chi
                                     Luong
10
11      IT IS SO ORDERED.
12  DATED: 10/4/2006
                                     WILLIAM B. SHUBB
13                                   United States District Judge

2