```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HUY CHI LUONG, <br>    aka "Jimmy Luong", <br>    aka "Chi Fei", et al. <br><br> Defendants. | 2:96-CR-00350-WBS <br><br> PRELIMINARY ORDER OF FORFEITURE AND PUBLICATION THEREOF RE: REAL PROPERTY OF DEFENDANT HUY CHI LUONG |

Based upon the guilty verdicts entered October 4, 2006, against defendant Huy Chi Luong and the Court's order regarding the forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(1), defendant Huy Chi Luong's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Real property located at 7825 Skander Way, Sacramento, California, Assessor's Parcel Number 051-0383-030, and

    b. Real property located at 8853 Dorington Court, Elk Grove, California, Assessor's Parcel Number 116-0820-009.

1     2. The above-listed properties constitute properties involved in violations of 18 U.S.C. §§ 1956 and 1957 or are traceable to such property.

    3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described properties. That the aforementioned properties shall be seized and held by the United States Marshals Service and/or the Department of Treasury, in their secure custody and control.

    4. a. Pursuant to 18 U.S.C. § 982 incorporating 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Daily Recorder</u> (Sacramento County), a newspaper of general circulation located in the county in which the above-described properties are located, notice of this Order, notice of the Attorney General or Secretary of Treasury's intent to dispose of the properties in such manner as the Attorney General or Secretary of Treasury may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed properties must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

    b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

       c.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1), in which all interests will be addressed.

    SO ORDERED this <u>29th</u> day of <u>November</u>, 2006.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3