```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
JASON S. HITT
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>HUY CHI LUONG,<br><br>              Defendant. | CR No. S-96-350-WBS<br><br>STIPULATION AND ORDER TO CONTINUE<br>JUDGMENT AND SENTENCING<br><br>Date: March 12, 2007<br>Time: 8:30 A.M.<br>Courtroom: Hon. William B. Shubb |

    The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong and Jason S. Hitt, Assistant United States Attorneys; and defendant Huy Chi Luong, through his counsel of record, John Balazs, Esq.; hereby stipulate and agree to reschedule the sentencing in this matter for March 12, 2007, at 8:30 a.m.

    In light of the recent Ninth Circuit decision in the Northern District of California wherein defendant Huy Chi Luong's 25 years sentence has been set aside, the effect of that decision will clearly impact the issues relevant to the sentencing in this matter. Accordingly, the parties stipulate that the sentencing in this

1

1 matter be continued to March 12, 2007, at 8:30 a.m.  Furthermore,
2 should additional time be necessary for the probation office to
3 prepare a new presentence report, a further continuance may be
4 necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: February 21, 2007        By:   /s/ William S. Wong
                                      WILLIAM S. WONG and

DATED: February 21, 2007        By:   /s/ Jason Hitt
                                      JASON HITT
                                      Assistant U.S. Attorneys
                                      Attorneys for Plaintiff

DATED: February 21, 2007        By: /s/ William S. Wong authorized by
                                          phone
                                      JOHN BALAZS, ESQ., Attorney
                                      for Defendant Huy Chi Luong

_____

**ORDER**

For the reasons set forth above, the sentencing in this matter is rescheduled for March 12, 2007, at 8:30 a.m.

IT IS SO ORDERED.

DATED:  February 22, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE