McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
JASON S. HITT
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S-96-350-WBS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE |
| ) | JUDGMENT AND SENTENCING |
| HUY CHI LUONG, ) | |
| ) | Date: April 02, 2007 |
| Defendant. ) | Time: 8:30 A.M. |
| _____ ) | Courtroom: Hon. William B. Shubb |

    The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong and Jason S. Hitt, Assistant United States Attorneys; and defendant Huy Chi Luong, through his counsel of record, John Balazs, Esq.; hereby stipulate and agree to reschedule the sentencing in this matter set for March 12, 2007, at 8:30 a.m. to April 02, 2007, at 8:30 a.m.

    In light of the recent Ninth Circuit decision in the Northern District of California wherein defendant Huy Chi Luong's 25 years sentence has been set aside, the effect of that decision will clearly impact the issues relevant to the sentencing in this matter. Furthermore, an amended presentence report has been prepared. The

government needs additional time to file its objections and also to file a sentencing memorandum.  Accordingly, the parties stipulate that the sentencing in this matter be continued to April 02, 2007, at 8:30 a.m.  Furthermore, should additional time be necessary for the probation office to prepare a new presentence report, a further continuance may be necessary.

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED: March 8, 2007        By:  /s/ William S. Wong
                                      WILLIAM S. WONG and

DATED: March 8, 2007        By:  /s/ Jason Hitt
                                      JASON HITT
                                      Assistant U.S. Attorneys
                                      Attorneys for Plaintiff

DATED: March 8, 2007        By: /s/ William S. Wong authorized by phone
                                      JOHN BALAZS, ESQ., Attorney
                                      for Defendant Huy Chi Luong

_____

**ORDER**

    For the reasons set forth above, the sentencing in this matter is rescheduled for April 02, 2007, at 8:30 a.m.

    IT IS SO ORDERED.

DATED:  March 8, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2