```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    JASON S. HITT
 3  Assistant U.S. Attorneys
    501 "I" Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 ) CR No. S-96-350-WBS
12                  Plaintiff,   )
                                 )
13            v.                 ) STIPULATION AND ORDER TO CONTINUE
                                 ) JUDGMENT AND SENTENCING
14  HUY CHI LUONG,               )
                                 ) Date: April 23, 2007
15                  Defendant.   ) Time: 8:30 A.M.
    _____) Courtroom: Hon. William B. Shubb
16
```

17      The United States of America, through its counsels of record,
18 McGregor W. Scott, United States Attorney for the Eastern District
19 of California, and William S. Wong and Jason S. Hitt, Assistant
20 United States Attorneys; and defendant Huy Chi Luong, through his
21 counsel of record, John Balazs, Esq.; hereby stipulate and agree to
22 reschedule the sentencing in this matter set for April 02, 2007, at
23 8:30 a.m. to April 23, 2007, at 8:30 a.m.

24      In light of the recent Ninth Circuit decision in the Northern
25 District of California wherein defendant Huy Chi Luong's 25 years
26 sentence has been set aside, the effect of that decision will
27 clearly impact the issues relevant to the sentencing in this matter.
28 An amended presentence report has been prepared.  Furthermore,

1 counsel for the government will be out-of-state for a brief period
2 of time.  The government needs additional time to file its
3 objections and also to file a sentencing memorandum.  Accordingly,
4 the parties stipulate that the sentencing in this matter be
5 continued to April 23, 2007, at 8:30 a.m.  Furthermore, should
6 additional time be necessary for the probation office to prepare a
7 new presentence report, a further continuance may be necessary.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: March 29, 2007        By:   /s/ William S. Wong
                                   WILLIAM S. WONG and

DATED: March 29, 2007        By:    /s/ Jason Hitt
                                   JASON HITT
                                   Assistant U.S. Attorneys
                                   Attorneys for Plaintiff

DATED: March 29, 2007        By: /s/ William S. Wong authorized by
                                         phone
                                   JOHN BALAZS, ESQ., Attorney
                                   for Defendant Huy Chi Luong

_____

**ORDER**

   For the reasons set forth above, the sentencing in this matter
is rescheduled for April 23, 2007, at 8:30 a.m.

     IT IS SO ORDERED.

DATED:  April 2, 2007

                          _____
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE