```
1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   JASON HITT
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:96-CR-00350-WBS |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| HUY CHI LUONG, ) aka "Jimmy Luong", ) aka "Chi Fei", et al. ) | |
| Defendants. ) | |

WHEREAS, on December 1, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1) based on the guilty verdicts entered October 4, 2006, against defendant Huy Chi Luong forfeiting to the United States the following property:

    a.  Real property located at 7825 Skander Way, Sacramento, California, Assessor's Parcel Number 051-0383-030, and

    b.  Real property located at 8853 Dorington Court, Elk Grove, California, Assessor's Parcel Number 116-0820-009.

AND WHEREAS, on January 4, 11, and 18, 2007, the United States published notification of the Court's Preliminary Order of Forfeiture in The Daily Recorder (Sacramento County), a newspaper of

1  general circulation located in the county in which the above-
2  described properties are located.  Said published notice advised all
3  third parties of their right to petition the court within thirty
4  (30) days of the publication date for a hearing to adjudicate the
5  validity of their alleged legal interest in the forfeited
6  properties;
7      AND WHEREAS, the United States sent direct written notice to
8  World Savings Bank, FSB; Eskanos & Adler, P.C.; Smud; U.S.
9  Attorney's Office, FLU, Northern District; Muoi Lam and Tu Tu Luong;
10      AND WHEREAS, on or about January 25, 2007, World Savings Bank,
11  FSB filed Petitions For Ancillary Hearing regarding both real
12  properties listed above, as lien holders of the properties;
13      AND WHEREAS, the Court has been advised that no other third
14  party has filed a claim to the subject properties, and the time for
15  any person or entity to file a claim has expired.
16      Accordingly, it is hereby ORDERED and ADJUDGED:
17      1.  A Final Order of Forfeiture shall be entered forfeiting to
18  the United States of America all right, title, and interest in the
19  above-listed properties pursuant to 18 U.S.C. § 982(a)(1), to be
20  disposed of according to law, including all right, title, and
21  interest of Huy Chi Luong.
22      2.  Pursuant to the Stipulation for Expedited Settlement
23  approved by the Court on or about February 28, 2007, regarding the
24  real property located at 7825 Skander Way, Sacramento, California,
25  Assessor's Parcel Number 051-0383-030-00 (hereafter "Skander
26  Property") and more fully described in Exhibit A attached hereto,
27  upon entry of this Final Order of Forfeiture forfeiting the Skander
28  Property to the United States and sale of the Skander Property, the

U.S. Marshals Service shall pay Petitioner World Savings Bank, FSB from the proceeds of the sale, after payment of outstanding taxes and expenses incurred by the U.S. Marshals Service in connection with its custody and sale of the Skander Property, the following:

    a. All unpaid principal due to the Petitioner under the Deed of Trust recorded in Sacramento County, California, as instrument number 199508080717, and dated August 1, 1995 and recorded on August 8, 1995. Said Deed of Trust secured a promissory note in the original amount of $35,000.00 dated August 1, 1995. As of January 17, 2007, the principal balance due and owing on the Note was $23,093.40, together with accrued interest, including, but not limited to, insurance premiums and property taxes, if any, advanced under the terms of the Deed of Trust.

    b. All unpaid interest at the contractual base rate (not the default rate) under the above Deed of Trust, as of January 17, 2007 interest is 6.996% per annum, until the date of payment.

    c. Reasonable attorney's fees not to exceed $2,000.00.

    d. A total fee of not more than $200 to process a beneficiary demand statement and to record a reconveyance of the deed of trust.

    e. The exact amount to be paid to World Savings Bank, FSB shall be determined at the time of payment, but shall not be less than the amounts set forth above.

3. Payment to Petitioner World Savings Bank, FSB shall be in

1  full settlement and satisfaction of all claims by World Savings
2  Bank, FSB to the Skander Property indicted by the United States on
3  or about August 2, 1996 and of all claims arising from and relating
4  to the seizure, detention, and forfeiture of the Skander Property.
5  The payment to World Savings Bank, FSB shall not include any penalty
6  payments, including any prepayment penalties.
7       4.   Pursuant to the Stipulation for Expedited Settlement
8  approved by the Court on or about February 28, 2007, regarding the
9  real property located at 8853 Dorington Court, Elk Grove,
10 California, Assessor's Parcel Number 116-0820-009-00 (hereafter
11 "Dorington Property") and more fully described in Exhibit B attached
12 hereto, upon entry of this Final Order of Forfeiture forfeiting the
13 Dorington Property to the United States and sale of the Dorington
14 Property, the U.S. Department of Treasury shall pay Petitioner World
15 Savings Bank, FSB from the proceeds of the sale, after payment of
16 outstanding taxes and expenses incurred by the U.S. Department of
17 Treasury in connection with its custody and sale of the Dorington
18 Property, the following:
19           a.   All unpaid principal due to the Petitioner under the
20                Deed of Trust recorded in Sacramento County,
21                California, in Book 95-05-26, Page 97, and dated May
22                15, 1995 and recorded on May 26, 1995.  Said Deed of
23                Trust secured a promissory note in the original
24                amount of $125,000.00 dated May 15, 1995.  As of
25                January 17, 2007, the principal balance due and owing
26                on the Note was $93,585.70, together with accrued
27                interest, including, but not limited to, insurance
28                premiums and property taxes, if any, advanced under

|   |   |   |
|---|---|---|
| 1 |   | the terms of the Deed of Trust. |
| 2 | b. | All unpaid interest at the contractual base rate (not |
| 3 |   | the default rate) under the above Deed of Trust, as |
| 4 |   | of January 17, 2007 interest is 6.827% per annum, |
| 5 |   | until the date of payment. |
| 6 | c. | Reasonable attorney's fees not to exceed $2,000.00. |
| 7 | d. | A total fee of not more than $200 to process a |
| 8 |   | beneficiary demand statement and to record a |
| 9 |   | reconveyance of the deed of trust. |
| 10 | e. | The exact amount to be paid to World Savings Bank, |
| 11 |   | FSB shall be determined at the time of payment, but |
| 12 |   | shall not be less than the amounts set forth above. |

5. Payment to Petitioner World Savings Bank, FSB shall be in full settlement and satisfaction of all claims by World Savings Bank, FSB to the Dorington Property indicted by the United States on or about August 2, 1996 and of all claims arising from and relating to the seizure, detention, and forfeiture of the Dorington Property. The payment to World Savings Bank, FSB shall not include any penalty payments, including any prepayment penalties.

6. All right, title, and interest in the above-described properties shall vest solely in the name of the United States of America.

5. The U.S. Marshals Service and/or the U.S. Department of
///
///
///
///
///

5

1  Treasury shall maintain custody of and control over the subject
2  properties until they are disposed of according to law.
3      SO ORDERED THIS <u>20th</u> day of <u>August</u>, 2007.

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

```
              PROPERTY DESCRIPTION
      (7825 Skander Way, Sacramento, California)
```

The real property situated in the State of California, County of Sacramento, unincorporated area, described as follows:

Lot 214 of Scottsdale Unit No. 2, according to the official plat thereof, filed in the office of the Recorder of Sacramento County, California, on February 7, 1973, in Book 92 of Maps, Map No. 18.

APN: 051-0383-030-00

**EXHIBIT B**

PROPERTY DESCRIPTION
(8853 Dorington Court, Elk Grove, CA)

All that certain real property in the County of Sacramento, State of California, described as follows:

Lot 9, as shown on the Plat of "Camdon Passage East", according to the Official Plat thereof, filed in the Office of the Recorder of Sacramento County, in Book 210 of Maps, Map No. 7.

EXCEPTING THEREFROM all oil, gas asphaltum, minerals and other hydrocarbon substances in or on said land below a depth of 500 feet from the surface of said land.  Together with the right to produce, develop, explore and extract said substances, but without the right of entry on the surface of said land or within 500 feet from the surface of said land.

APN: 116-0820-009-00