1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. S-96-350-09-WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND (PROPOSED) ORDER |
| | ) TO CONTINUE SENTENCING HEARING |
| HUY CHI LUONG, | ) |
| Defendant. | ) |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Huy Chi Luong, through his counsel, John Balazs, Esq., stipulate and agree to the following revised sentencing hearing currently set for October 29, 2012, at 9:30 am and to the sentencing hearing to January 22, 2013, at 9:30 am. Counsel for the government needs additional time to file a sentencing memorandum and will be out of the office on medical leave for knee surgery from late November through January 3, 2013.
///

1

The parties stipulate that there is good cause for the continuance.

                                        Respectfully submitted,

                                        BENJAMIN B.WAGNER
                                        United States Attorney

DATED: October 26,2012        By: /s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

DATED: October 26, 2012       By: /s/ John Balazs
                                        JOHN BALAZS
                                        Attorney for Defendant

---

**ORDER**

For the reasons set forth above, the sentencing hearing is continued to January 22, 2013, at 9:30 am.

DATED:  October 26, 2012

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE