BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>HUY CHI LUONG,<br><br>         Defendant. | CASE NO. 2:96-CR-350-09 WBS<br><br>ORDER TO RESET SENTENCING HEARING |

   For the reasons set forth above, the revised sentencing hearing schedule is adopted.  Sentencing in this matter is now continued to March 11, 2013, 9:30 A.M.

  DATED:  January 18, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3