1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:96-CR-350-09 WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO RESET SENTENCING HEARING |
| v. | ) | |
| HUY CHI LUONG, | ) | |
| Defendant. | ) | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant HUY CHI LUONG, through his counsel, John Balazs, Esq., stipulate and agree to the following revised sentencing hearing currently set for May 20, 2013, at 9:30 a.m. to a new sentencing hearing date of June 3, 2013, at 9:30 a.m.

Due to an eye injury to government counsel, additional time is needed to medically treat the eye injury and allow for the blurred vision to clear up in order to effectively research and write the government's reply to the defendant's latest filing.  In other words, the government needs additional time to adequately and effectively

1

respond to the issues raised in the defendant's reply to the Government's sentencing memoranda.

Counsel for the defendant was contacted and has no objection to this request to change the sentencing hearing date to June 3, 2013.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 17, 2013        By:   /s/ William S. Wong
                                 WILLIAM S. WONG
                                 Assistant U.S. Attorney

DATED: May 17, 2013        By:   /s/John Balazs
                                 JOHN BALAZS
                                 Attorney for Defendant

1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:96-CR-350 WBS |
|---|---|---|
| Plaintiff, | ) | ORDER TO RESET SENTENCING HEARING |
| v. | ) | |
| HUY CHI LUONG, | ) | |
| Defendant. | ) | |

   For the reasons set forth above, the sentencing hearing date is now changed to June 3, 2013, at 9:30 a.m.

DATED: May 17, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE