```
BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,   )<br>  )<br>v.                             )<br>  )<br>HUY CHI LUONG,                 )<br>  )<br>           Defendant.   )<br>  ) | CASE NO. CRS 2:96-350-09 WBS<br><br>ORDER TO RESET<br>BRIEFING SCHEDULE's |

For the reasons set forth above, the revised briefing schedule is adopted. The government's requests to file its supplemental sentencing memorandum by July 15, 2013 is hereby granted. Sentencing in this matter remains unchanged and shall proceed on July 22, 2013.

DATED:  July 9, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4