BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CRS 2:96-350-09 WBS |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION TO FILE SUPPLEMENTAL SENTENCING MEMORANDUM |
| v. | ) | |
| HUY CHI LUONG, | ) | |
| Defendant. | ) | |

  The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, hereby submits this motion to revise the briefing schedule to allow the Government one additional day to file its supplemental sentencing memorandum for the following reasons:

  1.  At the last hearing, the court requested that the government file a supplemental sentencing memorandum with specific references to testimony from the trial transcript which supports its sentencing recommendation.  I an effort to do so, counsel for the government attempted, but could not locate, the trial transcripts.

1

After having staff members assist in locating the trial transcripts, a decision was made simply to re-copy the trial transcript that were available and maintained by the Clerk of the Court.

2. Counsel for the government has spent the last few day re-reading the entire trial transcripts to locate the testimony relevant to the sentencing issues and the government's sentencing recommendation. A draft is near completion. One more day is needed to finalize the sentencing memorandum.

3. Counsel for the government is currently preparing for trial in the case of **United States v. Khan**, CRS. 10-175 KJM, which is scheduled to begin on July 23, 2013. Additionally, counsel for the government recently received a court order to respond to supplemental filings in a Section 2255 petition in **United States v. Davis**, CRS. 98-114 KJM/DAD, which is due to be filed in two weeks. Accordingly, the government respectfully requests that the briefing schedule be modified and the government be given one additional day to file its supplemental sentencing memorandum as follows;

1. Government's supplemental sentencing memorandum shall be filed no later than July 16, 2013;

Respectfully submitted,

DATED:   July 15, 2013            BENJAMIN B. WAGNER
                                  United States Attorney


                                  By:  /s/ William S. Wong
                                       WILLIAM S. WONG
                                       Assistant U.S. Attorney

2

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CRS 2:96-350 WBS |
|---|---|---|
| Plaintiff, | ) | ORDER TO RESET BRIEFING SCHEDULE's |
| v. | ) | |
| HUY CHI LUONG, | ) | |
| Defendant. | ) | |

For the reasons set forth above, the revised briefing schedule is adopted. The government's requests to file its supplemental sentencing memorandum by July 16, 2013 is hereby granted. Sentencing in this matter remains unchanged and shall proceed on July 22, 2013.

DATED: July 16, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3