JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 505-1687
John@Balazslaw.com

Attorney for Defendant
HUY CHI LUONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:96-CR-0350-WBS |
| Plaintiff, ) | ~~PROPOSED~~ ORDER RE DEFENDANT HUY CHI LUONG'S MOTION TO CONTINUE RE-SENTENCING |
| v. ) | |
| HUY CHI LUONG, et. al., ) | |
| Defendants. ) | |

For the reasons set forth in defendant Huy Chi Luong's motion to continue filed July 18, 2013, the Court hereby grants the motion to continue the re-sentencing hearing in this case from July 29, 2013 to August  26 , 2013, at 9:30 a.m.

Dated:   July 19, 2013

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE