| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JASON HITT<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: 916-554-2700 |
| 5 | Attorneys for Respondent<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff/Respondent,<br><br>v.<br><br>HUY CHI LUONG,<br><br>     Defendant/Movant. | CASE NO. 2:96-CR-00350-WBS-AC<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S SECTION 2255 PETITION |

Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and Jason Hitt, Assistant United States Attorney, hereby respectfully requests a an additional 12-day extension of time until March 21, 2018, in which to file its answering brief to defendant's motion under 28 U.S.C. § 2255. The government's answer is currently due on March 9, 2018.

The requested time will permit me the time to complete existing obligations and prepare a responsive pleading to the pending § 2255 motion. I recently completed the criminal trial in *United States v. Phillips, et al.*, Case No. 2:15-cr-00081-JAM, on February 8, 2018. I also filed four opposition briefs in motions for sentence reductions under 18 U.S.C. § 3582. In addition, I drafted and filed the reply briefs in *United States v. Rodriguez* and *Sarabia*, C.A. Nos. 17-10233 and 17-10235 respectively.

STIPULATION FOR EXTENSION OF TIME TO RESPOND

Defense counsel does not oppose the Government's request. For these reasons, I respectfully request additional time to complete a responsive pleading to the defendant's § 2255 motion.

Dated: March 8, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ *JASON HITT*
JASON HITT
Assistant United States Attorney

Dated: March 8, 2018

/s/ *ETAN ZAITSU by Jason Hitt*
ETAN ZAITSU
Attorney for Huy Chi Luong
Authorized to sign for Mr. Zaitsu

STIPULATION FOR EXTENSION OF TIME TO RESPOND

# [~~PROPOSED~~] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties.

The Government's answering brief to defendant's motion pursuant to 28 U.S.C. § 2255 is now due March 21, 2018.

IT IS SO ORDERED.

Dated: March 9, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE