UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:96-cr-00350-09 WBS |
| Plaintiff, | |
| v. | ORDER |
| HUY CHI LUONG, | |
| Defendant. | |

----oo0oo----

      Defendant Huy Chi Luong has filed a motion for appointment of counsel (Docket No. 1046) to assist in filing a request for compassionate release under 18 U.S.C. § 3582. There is no Sixth Amendment or statutory right to counsel for a motion under 18 U.S.C. § 3582(c). United States v. Bond, Case No. LA CR94-563 JAK, 2020 WL 4340257, at *1 (C.D. Cal. Feb. 25, 2020) (citing United States v. Townsend, 98 F.3d 510, 512-13 (9th Cir. 1996); United States v. Whitebird, 55 F.3d 1007, 1010-11 (5th Cir. 1995)).

      Here, defendant simply requests that counsel be

1

appointed, without providing any reasons why appointment is warranted in his case.  As such, defendant has not made a sufficient showing of good cause to appoint counsel to assist defendant in filing a compassionate release motion.  Accordingly, the motion for appointment of counsel (Docket No. 1046) is DENIED.

IT IS SO ORDERED.

Dated:  January 20, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE