UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:96-cr-00350-09 WBS |
| Plaintiff, | |
| v. | ORDER |
| HUY CHI LUONG, | |
| Defendant. | |

----oo0oo----

Defendant Huy Chi Luong has filed a "Motion for Relief From Judgment Pursuant to 18 U.S.C. §3582(c)(1)(A)(i) and Section 603(B) of the First Step Act." (Docket No. 1048.) The United States shall file any opposition to defendant's motion no later than thirty (30) days from the date of this order. Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

///

1

1          IT IS SO ORDERED.

2

3    Dated:   September 7, 2022

     WILLIAM B. SHUBB
4    UNITED STATES DISTRICT JUDGE