PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:96-CR-00350-09 WBS-AC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| HUY CHI LUONG, | |
| Defendant. | |

On October 7, 2022, the Government requested an extension of time to file its response to Defendant's pro se motion for compassionate release. (Docket No. 1048.)

IT IS HEREBY ORDERED, that Government's response is now due November 7, 2022. Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

Dated: October 7, 2022

　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

GOVERNMENT'S MOTION FOR EXTENSION OF TIME　　　1