1  Etan Zaitsu [SBN 287106]
   Attorney at Law
2
3  Zaitsu Law
   331 J Street, Suite 200
4  Sacramento, CA  95814
   916.542.0270
5
6  Attorney for Defendant
   HUY CHI LUONG
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No.: 2:96-CR-000350-09 WBS
12 |                      Plaintiff,  | **STIPULATION AND ORDER SETTING**
   |                                  | **NEW FILING SCHEDULE**
13 |       v.                         |
14 | HUY CHI LUONG,                   |
   |                      Defendant.  |
15 |                                  |
16 |                                  |
17 |                                  |

18        The parties, defendant HUI CHI LUONG through counsel, and the government
19 through its counsel, hereby stipulate and request that the Court adopt the following filing
20 schedule in the matter of Defendant Hui Chi. Luong's Compassionate Release Motion:
21 Defendant's Supplemental Brief due Nov. 24, 2025; Government's Response due Dec. 22,
22 2025; Defendant's Reply due Jan. 5, 2026.
23        In support of this stipulation, the parties request that the Court find the following:
24   1. On Aug. 21, 2025, Defendant Hui Chi Luong filed a pro se Compassionate Release
25      motion pursuant to 18 U.S.C.S. 3582(c)(1)(A) (Motion to Reduce Sentence).  Dkt.
26      1069.
27   2. On Sept. 12, 2025, the Court ordered the government's response to be filed no later
28      than 60 days from the date of the order. Dkt 1072.

                                                1
**Stipulation and Order**

3. On Oct. 10, 2025, the Court appointed attorney Etan Zaitsu to represent Mr. Luong. Dkt. 1073.
4. Defense counsel now seeks additional time to review Mr. Luong's motion and file a supplemental brief if needed upon a thorough review of the motion and Mr. Luong's case.
5. The government does not object.
6. For these reasons, the parties agree and stipulate to the above filing schedule and ask the Court to adopt it.

SO STIPULATED.

Respectfully submitted,

Dated:  October 20, 2025            s/ETAN ZAITSU
                                    ETAN ZAITSU
                                    Attorney for the Defendant
                                    HUI CHI LUONG


Dated:  October 20, 2025            ERIC GRANT
                                    United States Attorney


                                    s/ JASON HITT
                                    JASON HITT
                                    Assistant United States Attorney


**ORDER**

THE COURT HEREBY ADOPTS the following filling schedule in the matter of Defendant Hui Chi Luong's Compassionate Release Motion:  Defendant's Supplemental Brief due Nov. 24, 2025; Government's Response due Dec. 22, 2025; Defendant's Reply due Jan. 5,

2

**Stipulation and Order**

2026.

    IT IS SO FOUND AND ORDERED.

Dated:  October 20, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE