Etan Zaitsu [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
HUY CHI LUONG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HUY CHI LUONG,<br>　　　　　　　　Defendant. | Case No.: 2:96-CR-00350-01 WBS<br><br>**STIPULATION AND ORDER SETTING NEW FILING SCHEDULE** |

　　　The parties, defendant HUI CHI LUONG through counsel, and the government through its counsel, hereby stipulate and request that the Court adopt the following new filing schedule in the matter of Defendant Hui Chi Luong's Compassionate Release Motion: Defendant's Supplemental Brief due Jan. 12, 2026; Government's Response due Feb. 9, 2026; Defendant's Reply due Feb. 23, 2026.

　　　In support of this stipulation, the parties request that the Court find the following:

1. On Aug. 21, 2025, Defendant Hui Chi Luong filed a pro se Compassionate Release motion pursuant to 18 U.S.C.S. 3582(c)(1)(A) (Motion to Reduce Sentence).  Dkt. 1069.

2. On Sept. 12, 2025, the Court ordered the government's response to be filed no later than 60 days from the date of the order. Dkt 1072.

1

**Stipulation and Order**

3. On Oct. 10, 2025, the Court appointed attorney Etan Zaitsu to represent Mr. Luong. Dkt. 1073. Thereafter, the parties requested a new filing schedule with defendant's supplemental brief due November 24, 2025.

4. Defense counsel now seeks additional time to review Mr. Luong's file. The parties have conferred and agree that additional time for review and filing is appropriate.

5. For these reasons, the parties agree and stipulate to the above filing schedule and ask the Court to adopt it.

SO STIPULATED.

Respectfully submitted,

Dated: December 10, 2025                    s/ETAN ZAITSU
                                            ETAN ZAITSU
                                            Attorney for the Defendant
                                            HUI CHI LUONG


Dated: December 10, 2025                    ERIC GRANT
                                            United States Attorney


                                            s/ JASON HITT
                                            JASON HITT
                                            Assistant United States Attorney

2

**Stipulation and Order**

**ORDER**

THE COURT HEREBY ADOPTS the following filling schedule in the matter of Defendant Hui Chi Luong's Compassionate Release Motion: Defendant's Supplemental Brief due January 12, 2026; Government's Response due February 9, 2026; Defendant's Reply due February 23, 2026.

IT IS SO FOUND AND ORDERED.

Dated:  December 11, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Stipulation and Order**