Etan Zaitsu [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
HUY CHI LUONG

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>        v.<br><br>HUY CHI LUONG,<br><br>                          Defendant. | Case No.: 2:96-CR-00350-09 WBS<br><br>**STIPULATION AND ORDER SETTING NEW FILING SCHEDULE** |

The parties, defendant HUI CHI LUONG through counsel, and the government through its counsel, hereby stipulate and request that the Court adopt the following new filing schedule in the matter of Defendant Hui Chi Luong's Compassionate Release Motion: Defendant's Supplemental Brief due Feb. 12, 2026; Government's Response due Mar. 12, 2026; Defendant's Reply due Mar. 26, 2026.

In support of this stipulation, the parties request that the Court find the following:

1. On Aug. 21, 2025, Defendant Hui Chi Luong filed a pro se Compassionate Release motion pursuant to 18 U.S.C.S. 3582(c)(1)(A) (Motion to Reduce Sentence).  Dkt. 1069.

2. On Sept. 12, 2025, the Court ordered the government's response to be filed no later than 60 days from the date of the order. Dkt 1072.

1

**Stipulation and Order**

3. On Oct. 10, 2025, the Court appointed attorney Etan Zaitsu to represent Mr. Luong. Dkt. 1073. Thereafter, the parties stipulated to new filing schedules, with the most recent supplemental briefing by the defendant due Jan. 12, 2026.

4. Defense counsel now seeks additional time to meet with his client to review the supplemental brief. The parties have conferred and agree that additional time is appropriate.

5. For these reasons, the parties agree and stipulate to the above filing schedule and ask the Court to adopt it.

SO STIPULATED.

Respectfully submitted,

Dated:  January 13, 2026                    s/ETAN ZAITSU
                                            ETAN ZAITSU
                                            Attorney for the Defendant
                                            HUI CHI LUONG


Dated:  January 13, 2026                    ERIC GRANT
                                            United States Attorney


                                            s/ JASON HITT

                                            JASON HITT
                                            Assistant United States Attorney

2

**Stipulation and Order**

**ORDER**

THE COURT HEREBY ADOPTS the following filling schedule in the matter of Defendant Hui Chi Luong's Compassionate Release Motion:  Defendant's Supplemental Brief due February 12, 2026; Government's Response due March 12, 2026; Defendant's Reply due March 26, 2026.


IT IS SO FOUND AND ORDERED.


Dated:  January 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

**Stipulation and Order**