Etan Zaitsu [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
HUY CHI LUONG

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>      v.<br><br>HUY CHI LUONG,<br><br>                     Defendant. | Case No.: 2:96-CR-000350-09 WBS<br><br>**STIPULATION AND ORDER SETTING NEW FILING SCHEDULE** |

The parties, defendant HUI CHI LUONG through counsel, and the government through its counsel, hereby stipulate and request that the Court adopt the following new filing schedule in the matter of Defendant Hui Chi Luong's Compassionate Release Motion: Defendant's Supplemental Brief due Mar. 26, 2026; Government's Response due Apr. 23, 2026; Defendant's Reply due May 7, 2026.

In support of this stipulation, the parties request that the Court find the following:

1. On Aug. 21, 2025, Defendant Hui Chi Luong filed a pro se Compassionate Release motion pursuant to 18 U.S.C.S. 3582(c)(1)(A) (Motion to Reduce Sentence).  Dkt. 1069.

2. On Sept. 12, 2025, the Court ordered the government's response to be filed no later than 60 days from the date of the order. Dkt 1072.

1

**Stipulation and Order**

3. On Oct. 10, 2025, the Court appointed attorney Etan Zaitsu to represent Mr. Luong. Dkt. 1073. Thereafter, the parties stipulated to several new filing schedules, with the most recent supplemental briefing by the defendant due Feb. 12, 2026.

4. Defense counsel, however, still requires time to meet with his client to review and discuss the supplemental brief. The parties have conferred and agree that additional time is appropriate.

5. For these reasons, the parties agree and stipulate to the above filing schedule and ask the Court to adopt it.

SO STIPULATED.

Respectfully submitted,

Dated:  February 23, 2026                          s/ETAN ZAITSU_____
                                                   ETAN ZAITSU
                                                   Attorney for the Defendant
                                                   HUI CHI LUONG

Dated:  February 23, 2026                          ERIC GRANT
                                                   United States Attorney

                                                   s/ JASON HITT

                                       JASON HITT
                                                   Assistant United States Attorney

2

**Stipulation and Order**

**ORDER**

THE COURT HEREBY ADOPTS the following filling schedule in the matter of Defendant Hui Chi Luong's Compassionate Release Motion:  Defendant's Supplemental Brief due March 12, 2026; Government's Response due April 23, 2026; Defendant's Reply due May 7, 2026.


IT IS SO FOUND AND ORDERED .

Dated:  February 23, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

**Stipulation and Order**