Etan Zaitsu [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
HUY CHI LUONG

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

HUY CHI LUONG,

                    Defendant.

Case No.: 2:96-CR-000350-09 WBS

ORDER

ORDER

For the reasons set forth in defense counsel's motion for an extension of time at ECF 1087 and good cause showing, the due date for the supplemental brief in support of Defendant Huy Chi Luong's Motion for Compassionate Release shall be extended to April 9, 2026, with the Government's response due May 7, 2026, and Defendant's Reply due May 21, 2026.

          IT IS FOUND AND SO ORDERED.

Dated:  April 1, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

**ORDER**