Etan Zaitsu [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
HUY CHI LUONG

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>HUY CHI LUONG,<br><br>                  Defendant. | Case No.: 2:96-CR-000350-09 WBS<br><br>ORDER |

ORDER

    For the reasons set forth in Defendant's Request to Seal and good cause showing, Exhibits A, B, and R in support of Defendant's Supplemental Brief at ECF 1090 are ordered SEALED until further order of the court.

    SO FOUND AND ORDERED

Dated:  April 10, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

**ORDER**