ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:96-CR-00350-09 WBS AC |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(1)(A); ORDER |
| v. | |
| HUY CHI LUONG, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      The defendant filed a pro se motion for compassionate release on August 21, 2025. Docket No. 1069.  On October 21, 2025, counsel was appointed to supplement the pro se motion. Docket No. 1073.  The Government's response was due May 7, 2026.  Docket No. 1089.

2.      Counsel for the Government requests additional time to obtain relevant records pertaining to Luong from the Bureau of Prisons and draft a proper response or opposition.  The defendant does not oppose the Government's request.

3.      Accordingly, by this stipulation, the parties jointly request that the Court reset the briefing schedule for Luong's pending motion as follows:

        a)      The Government's response to Luong's motion be filed on or before June 8, 2026;

STIPULATION AND ORDER

1

b)     The defendant's reply, if any, be filed on or before July 8, 2026.

IT IS SO STIPULATED.

Dated:  May 12, 2026

ERIC GRANT
United States Attorney


/s/ JASON HITT
JASON HITT
Assistant United States Attorney


Dated:  May 12, 2026

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
HUY CHI LUONG


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  May 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

2