ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HUY CHI LUONG,<br>Defendant. | CASE NO. 2:96-CR-00350-WBS-AC<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(1)(A); ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant filed a pro se motion for compassionate release on August 21, 2025. Docket No. 1069. On October 21, 2025, counsel was appointed to supplement the pro se motion. Docket No. 1073.

2. Counsel for the Government requests additional time to today's date, August 14, 2026, and will file its opposition today. The defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court reset the briefing schedule for Luong's pending motion as follows:

a) The Government's response to Luong's motion be filed on or before August 14, 2026;

b) The defendant's reply, if any, be filed on or before September 14, 2026.

IT IS SO STIPULATED.

Dated: August 14, 2026

ERIC GRANT
United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated: August 14, 2026

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
HUY CHI LUONG

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 17, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE